UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Vonzcillo Johnson, Plaintiff

v.

Trott & Trott
J.P. Morgan Chase, Defendant(s).

Case: 2:12-cv-10513
Judge: Borman, Paul D.
MJ: Randon, Mark A.
Filed: 02-06-2012 At 03:45 PM
JOHNSON v TROTT & TROTT, ET AL (dat)

See Attached!

_____

Vonzeille Johnson
Signature of Plaintiff

18491 Indiana
Street Address

Detroit Mich 48221
City, State, Zipcode

2/6/2012
Date

313 408-3799
Telephone Number

In September 2006 I received my Land Patent from Bureau of Land Management / US Department of the Interior I then reviewed my purported mortgage loan and found discrepancies and contacted E.M.C. in 2009 I REQUESTED verification of debt and a copy of the original promissory note. EMC sent me a payment history and a fraudulent note created from a refinance which I accepted for value and returned for discharged PURSANT to HJR 192 (1933), PUBLIC LAW 73 AND MICHIGAN UCC LAW, which states anyone purporting that I own them a debt is discharged dollar for dollar as if the actual tender in payment had occurred even if the debt instrument is dishonored by non-accepted by Chase/EMC; there is discharged of debt pursuant to public policy. I sent an affidavit in support of commercial discharged. Chase/EMC never disputed my lawful right to discharge this debt according to public policy. Chase/EMC received my document and stated they needed additional 15 day to process my request. THEY NEVER RESPONSED. Chase/EMC began to used deceptive collection practices on one hand they stated that they were researching the validated of public policy of discharging of debt, and on the other hand they were secretly bringing about foreclosure on my patented land.

J.P. MORGAN CHASE BANK/ E.M.C. MORTGAGE have sent a Notice of Intent to foreclose on my home at 18491 Indiana. In July of 2011, I received an offer to enter into a loan modification. I completed the 3 month trail payment period at that time I received the final loan re-modification document which stated if I had any questions to send in a qualified written request. On 9/27/2011 I sent a QWR in hope to better understand the new loan. I stated I was unsure as to whether Chase still possesses the original debt instrument, upon which the Chase claims the right to foreclose and being the homeowner I wanted proof of such authority; and I also advised the Chase/EMC I have received fraudulent documents in form of a note and assignment of mortgage stamp by robo signers. I also advised Chase that I have accepted for value your offer for contract and return your money order for full payment settlement and set off with the IRS, which I have not received my certificate of release or my money order back. I advised the lender that I received a refund check from Chase bank and I was unsure why I received such funds back.

The court should intervene and prevent the foreclosure from taking place due to the fact that the mortgage was paid pursuant to public policies and $1,142,000.00 in damages and redemption. Furthermore the court should order Chase to close the account and provide me with a certificate of release and dismiss the case.

Chase is in violation of the TILA and the Respa Act. Chase used false, deceptive, and misleading representation and means in the collection of a purported debt and used unfair and unconscionable means to collect the debt, and failed to validate the purported debt.

**Predatory lending** describes unfair, deceptive, or fraudulent practices of some <u>lenders</u> during the loan origination process.

*"imposing unfair and abusive loan terms on borrowers."*[1]

<u>predatory mortgage servicing</u> which is used to describe the unfair, deceptive, or fraudulent practices of lenders and servicing agents during the loan or mortgage servicing process, post loan origination.

The practice of a lender deceptively convincing borrowers to agree to unfair and abusive loan terms, or systematically violating those terms in ways that make it difficult for the borrower to defend against.

unfair lending practices- **Single-premium <u>credit insurance</u>**
**Failure to present the loan price as negotiable.**
**Failure to clearly and accurately disclose terms and conditions**,
<u>**Servicing agent**</u> **and <u>securitization</u> abuses.**
**MERS:** Mortgage Electronic Registration Systems was created by banks without any authority or enabling legislation. MERS assignments were fraudulent, made for entities that did not exist!

• **Insurance fraud:** which legitimate home insurance is canceled and new insurance provided at a substantially higher fee through a subsidiary or affiliate of the bank mortgage holder. This extra expense in some cases led to foreclosures.

• **Lost mortgage notes:**

**Fraud**
**Violation of the Michigan Consumer Fraud Act**
**Breach of Contract**
**Breach of the covenant of good faith and fair dealing**
**Breach of implied contract**


**False affidavits, perjury (robo-signing):** , the false notarizations, fraudulent written statements to courts and perjury.


These Corporations have consistently demonstrated a willful disregard for the procedural safeguards entitled to all borrowers these corporations routinely act in bad faith and in breach of contractual obligations during the course of their settlement negotiations with Vonzcille Johnson: El.

# CIVIL COVER SHEET

civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Vonzeille Johnson

**DEFENDANTS**
JP Morgan Chase/EMC
3415 Vision Drive
Columbus, OH 43219

(b) County of Residence of First Listed Plaintiff: **WAYNE**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pro Per  Vonzeille Johnson
18491 Indiana
Detroit, Michigan 48221

Attorneys (If Known): Trott & Trott (David Trott)
31440 Northwestern
Farmington Hills MI 48334

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

Case:2:12-cv-10513
Judge: Borman, Paul D.
MJ: Randon, Mark A.
Filed: 02-06-2012 At 03:45 PM
JOHNSON v TROTT & TROTT, ET AL (dat)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

(nature of suit checkboxes — 220 Foreclosure checked)

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Respa Act, Fraud, Breach of Contract

Brief description of cause: Respa (12 U.S.C. 2605) Section 6

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ _____
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: _____  DOCKET NUMBER: _____

DATE: 2/6/2012
SIGNATURE OF ATTORNEY OF RECORD: Vonzeille Johnson

FOR OFFICE USE ONLY
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

.oUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?      ☐ Yes   ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)      ☐ Yes   ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

(Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.