UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VONZCILLE JOHNSON,

      Plaintiff,                  CIVIL ACTION NO. 12-10513

                            DISTRICT JUDGE PATRICK J. DUGGAN

   v.

                            MAGISTRATE JUDGE MARK A. RANDON

TROTT AND TROTT, and J.P.
MORGAN CHASE

      Defendant.
_____/

### ORDER GRANTING J.P. MORGAN'S MOTION
### FOR MORE DEFINITE STATEMENT (DKT. 7)

     Before the Court is Defendant J.P. Morgan Chase's motion for a more definite statement (Dkt. No. 7). Having reviewed the motion, Plaintiff's response, considered the argument of the parties, and otherwise being fully advised;

     IT IS ORDERED that the motion is GRANTED. Plaintiff shall have until **FRIDAY, JUNE 1, 2012** to file an Amended Complaint. Defendants will then have 21 days after Plaintiff files her Amended Complaint to file a responsive pleading.

     SO ORDERED.

                                          s/Mark A. Randon
                                          MARK A. RANDON
                                          UNITED STATES MAGISTRATE JUDGE

Dated: May 10, 2012

---

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, May 10, 2012, by electronic and/or first class U.S. mail.*

                                          *s/Melody R. Miles*
                                          *Case Manager to Magistrate Judge Mark A. Randon*
                                          *(313) 234-5542*